THE STATE OF KANSAS v. JOHN W. HARPSTER.

APPEALS, *from Justices Courts.* No appeal can be taken from the judgment of a justice of the peace directly to this court. (Constitution, art. 3, ¿10.) All appeals from such judgments, where appeal is allowed by law, must be taken to the district court.

### *Appeal from a Justice's Judgment.*

COMPLAINT before a justice of the peace, of Doniphan county, on oath of one A. C. J., charging defendant with having, in a certain building in the city of White Cloud, on the 1st day of June 1875, sold "spirituous, vinous, fermented and other intoxicating liquors to one G. S., one O. O., and one T. B. without having at the time a license as grocer, dramshop-keeper, or tavern-keeper, obtained in accordance with the provisions" of the dramshop act. A trial was had before the justice and a jury, on the 8th of June, 1875. Verdict, "not guilty." The defendant was discharged; and thereupon, (says the transcript,) "It is considered and adjudged by the court, that the complaining witness, A. C. J., pay all costs in this prosecution, and stand committed until paid. To which judgment for costs the said A. C. J. excepts, and *The State* also excepts." The costs were taxed at $62.05. *The State* prepared a bill of exceptions, which was signed and settled by the justice, and a transcript thereof was brought to this court as upon appeal by *The State* in criminal actions.

*A. L. Brewster,* and *W. D. Webb,* for The State.

*T. H. Parish,* and *T. M. Keith,* for defendant.

The opinion of the court was delivered by

BREWER, J.: This is an attempted appeal from the judgment of a justice of the peace directly to this court. This cannot be done. The constitution, art. 3, § 10, explicitly declares that "all appeals from probate courts and justices of

the peace shall be to the district courts." Language could not be plainer. It is not in the power of the legislature to provide for an appeal from a justice of the peace directly to this court. And whatever may be the defects of the statute, or failure, if failure there be, to provide any way for appealing a case of this kind, a complaint for selling liquor without a license, to the district court, or whatever express or implied statutory grant of an appeal to this court, the paramount law forbids us to take cognizance of an appeal from a justice of the peace.

The appeal must be dismissed.

All the Justices concurring.